## Case No. 4,345.

### The ELI WHITNEY.

[1 Blatchf. 360.] [1]

Circuit Court, S. D. New York. Oct. Term, 1848. [2]

THE COURT held that parol evidence was inadmissible to enlarge or vary the terms of the charter-party, there being no stipulation in it as to the precise amount of cargo to be carried, and that, in the case of a charter-party, a suit in rem was not maintainable for the misrepresentation or concealment of facts by the master or owner of a vessel in respect to her tonnage or capacity.

Decree affirmed.